FILED IN OPEN COURT
ON 7-2-2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-84-BO

IN RE:                              :
                                    :
TWELVE COUNT GRAND JURY             :     ORDER TO SEAL INDICTMENT
                                    :
INDICTMENT OF JULY 2, 2012          :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on July _____, 2012, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant(s) and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 2nd day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE