UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



NO. 4:12-CR-84-1BO
NO. 4:12-CR-84-2BO
NO. 4:12-CR-84-3BO
NO. 4:12-CR-84-4BO
NO. 4:12-CR-84-5BO
NO. 4:12-CR-84-6BO
NO. 4:12-CR-84-7BO

IN RE:                              :
                                    :
TWELVE COUNT GRAND JURY             :   ORDER TO UNSEAL INDICTMENT
INDICTMENT OF JULY 2, 2012          :

It appearing to the Court that the Grand Jury for the Eastern District of North Carolina on the 2nd day of July, 2012, returned a SEALED INDICTMENT in the above-captioned case and that said Indictment has remained sealed from the date of the Grand Jury deliberation;

It is hereby ORDERED, ADJUDGED and DECREED that the SEALED INDICTMENT returned by the Grand Jury in the above-captioned case be opened, and the Clerk of the United States District Court, Eastern District of North Carolina, is hereby ORDERED to unseal said Indictment upon the filing of this Order.

This 12 day of July, 2012.

UNITED STATES MAGISTRATE JUDGE