## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Alphanso Pollard**          Docket No. 4:12-CR-84-5BO

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Alphanso Pollard, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 20, 2012, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Michael Alphanso Pollard was released from custody on October 30, 2015, at which time the term of supervised release commenced. On March 17, 2017, a Violation Report was filed with the court advising the defendant was charged with Driving While License Revoked in Pitt County (16CR710905), which remains pending. The court agreed with the probation officer's recommendation to continue supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 30, 2017, the defendant provided a urine sample that was submitted for laboratory analysis. On April, 4, 2017, laboratory analysis revealed positive results for marijuana. On May 4, 2017, Pollard admitted to using marijuana approximately one week prior to the collection of the urine sample. The defendant agreed to complete a substance abuse evaluation and participant in any recommended treatment. Pollard signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.

/s/ Dwayne K. Benfield                     /s/ Michael W. Dilda
Dwayne K. Benfield                         Michael W. Dilda
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           201 South Evans Street, Rm 214
                                           Greenville, NC 27858-1137
                                           Phone: 252-830-2342
                                           Executed On: May 4, 2017

Michael Alphanso Pollard
Docket No. 4:12-CR-84-5BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 5 day of May, 2017, and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge