UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Alphanso Pollard**                         **Docket No. 4:12-CR-84-5BO**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Alphanso Pollard, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 20, 2012, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Michael Alphanso Pollard was released from custody on October 30, 2015, at which time the term of supervised release commenced. On March 17, 2017, a Violation Report was filed with the court advising the defendant was charged with Driving While License Revoked (16CR710905) in Pitt County, North Carolina, which remains pending. The court agreed with the probation officer's recommendation to continue supervision.

On May 4, 2017, a Petition for Action on Supervised Release was filed with the court advising the defendant tested positive for marijuana on March 30, 2017. On May 5, 2017, the court agreed with the probation officer's recommendation for Pollard to complete a substance abuse evaluation and participate in treatment as directed, which was completed on June 15, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 19, 2017, Pollard was charged in Craven County, North Carolina, with Driving While License Revoked (17CR703133), which remains pending for disposition. On May 27, 2017, the defendant was charged in Lenoir County, North Carolina, with Driving While License Revoked (17CR702256), which remains pending for disposition. Pollard was verbally reprimanded for driving without a valid license. Additionally, as a sanction for this violation conduct, the completion of 30 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Alphanso Pollard
Docket No. 4:12-CR-84-5BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: July 28, 2017

## ORDER OF THE COURT

Considered and ordered this 28 day of July, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge